John Henry TAYLOR, Jr., Petitioner,

v.

S.B. ROSITER, Warden, Respondent.

No. 1D16–3554.

District Court of Appeal of Florida, First District.

Nov. 9, 2016.

John Henry Taylor, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

This petition for writ of habeas corpus challenges a 1990 judgment and sentence in Bay County Circuit Court case number 86–476–CFMA. The petition for writ of habeas corpus is dismissed. *See Baker v. State,* 878 So.2d 1236 (Fla.2004).

Due to petitioner's apparent abuse of the legal process by his repeated pro se filings attacking his conviction and sentence, this court issued an order directing petitioner to show cause why he should not be prohibited from future pro se filings. *State v. Spencer,* 751 So.2d 47, 48 (Fla. 1999) (requiring that courts "first provide notice and an opportunity to respond before preventing [a] litigant from bringing further attacks on his or her conviction and sentence."). Petitioner's response to the show cause order does not provide a legal basis to prohibit the imposition of sanctions.

As such, because petitioner's continued and repeated attacks on his conviction and sentences have become an abuse of the legal process, we hold that he is barred from future pro se filings in this court concerning Bay County Circuit Court case number 86–476–CFMA. The Clerk of the Court is directed not to accept any future filings concerning this case unless they are filed by a member in good standing of The Florida Bar. Petitioner is warned that any filings that violate the terms of this opinion may result in a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes.

RAY, KELSEY, and WINOKUR, JJ., concur.